David E. Stanley (State Bar No. 144025)
dstanley@reedsmith.com
Alexis A. Rochlin (State Bar No. 280634)
arochlin@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile:  +1 213 457 8080

Michael X. Imbroscio (*pro hac vice*)
Phyllis A. Jones (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: +1 202 662 6000

Attorneys for Defendant
Eli Lilly and Company

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JENNIFER NELSON-DEVLIN and DENNIS DEVLIN; ALFONSO RACACHO JR.; RACCHELI ANN AUSTIN and JACK LANE SMALLEY; GERI GONZALES; JAY MOYA; CYNTHIA ELLIS; JODI LYNN TROMMLER and BRETT CHRISTOPHER TROMMLER; ONEY LOU HAYNES and DAMIAN HAYNES; DINAH LISA TINNELL and SHERMAN RAY T1NNELL; RHONDA MISCHELLE WILSON; LINDA LEE BUTTERMORE; SUZANNE LANGFORD; RONALD DEAN, JR. and RITA DEAN; MICHELLA ANN MARIE STEPHENS; LENA BRISTER; and CAMILLE DOWNS,<br><br>        Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>                Defendant. | Case No.: 2:14-cv-02811-KJM-EFB<br><br>**ORDER GRANTING REQUEST FOR ADDITIONAL 30-DAY STAY** |

**ORDER**

The Court, having reviewed and considered the Joint Notice of Settlement Status and Request for Additional 30-Day Stay submitted by Plaintiffs and Defendant Eli Lilly and Company (collectively "Parties") and with good cause showing, hereby orders as follows:

1. The above-captioned action is stayed for 30-days from the date of this Order to allow the Parties to finalize a formal settlement agreement.

**IT IS SO ORDERED.**

DATED: June 13, 2016

_____
UNITED STATES DISTRICT JUDGE