David E. Stanley (State Bar No. 144025)
dstanley@reedsmith.com
Alexis A. Rochlin (State Bar No. 280634)
arochlin@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile:  +1 213 457 8080

Michael X. Imbroscio (*pro hac vice*)
Phyllis A. Jones (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: +1 202 662 6000

Attorneys for Defendant
Eli Lilly and Company

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JENNIFER NELSON-DEVLIN and DENNIS DEVLIN; ALFONSO RACACHO JR.; RACCHELI ANN AUSTIN and JACK LANE SMALLEY; GERI GONZALES; JAY MOYA; CYNTHIA ELLIS; JODI LYNN TROMMLER and BRETT CHRISTOPHER TROMMLER; ONEY LOU HAYNES and DAMIAN HAYNES; DINAH LISA TINNELL and SHERMAN RAY T1NNELL; RHONDA MISCHELLE WILSON; LINDA LEE BUTTERMORE; SUZANNE LANGFORD; RONALD DEAN, JR. and RITA DEAN; MICHELLA ANN MARIE STEPHENS; LENA BRISTER; and CAMILLE DOWNS,<br><br>    Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>    Defendant. | Case No.: 2:14-cv-02811-KJM-EFB<br><br>**ORDER GRANTING REQUEST FOR ADDITIONAL STAY**<br><br>Honorable Kimberly J. Mueller |

# ORDER

The court, having reviewed and considered the Joint Notice of Settlement Status and Request for Additional Stay submitted by plaintiffs and defendant Eli Lilly and Company (collectively "parties") and with good cause showing, hereby orders as follows:

1. The above-captioned action is stayed until **September 1, 2017**, in order to allow the parties to evaluate plaintiffs' claims under the provisions of the global settlement framework agreement for Cymbalta personal injury cases in various federal and state courts.

2. The parties shall file a status report within 250 days of this order confirming the transmittal of individual settlement offers to claimants.

**IT IS SO ORDERED.**

DATED: August 24, 2016

_____
UNITED STATES DISTRICT JUDGE