REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JENNIFER NELSON-DEVLIN and DENNIS DEVLIN; ALFONSO RACACHO JR.; RACCHELI ANN AUSTIN and JACK LANE SMALLEY; GERI GONZALES; JAY MOYA; CYNTHIA ELLIS; JODI LYNN TROMMLER and BRETT CHRISTOPHER TROMMLER; ONEY LOU HAYNES and DAMIAN HAYNES; DINAH LISA TINNELL and SHERMAN RAY T1NNELL; RHONDA MISCHELLE WILSON; LINDA LEE BUTTERMORE; SUZANNE LANGFORD; RONALD DEAN, JR. and RITA DEAN; MICHELLA ANN MARIE STEPHENS; LENA BRISTER; and CAMILLE DOWNS,<br><br>Plaintiffs,<br>vs.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>Defendant. | Case No.: 2:14-cv-02811-KJM-EFB<br><br>**ORDER RE JOINT STATUS REPORT AND REQUEST FOR STAY**<br><br>Honorable Kimberly J. Mueller |

# **ORDER**

The court, having reviewed and considered the Joint Status Report and Request for Continued Stay submitted by plaintiffs and defendant Eli Lilly and Company (collectively "Parties") and with good cause showing, hereby orders as follows:

1. This case will remain stayed until **September 27, 2018**.
2. The court will hold a status conference on **September 27, 2018** at 2:30 p.m. in Courtroom 3. The parties shall file a joint status report on or before September 7, 2018.

**IT IS SO ORDERED.**

DATED: July 3, 2018.

_____
UNITED STATES DISTRICT JUDGE

ORDER RE JOINT STATUS REPORT AND REQUEST FOR STAY