UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER NELSON-DEVLIN, et al., | No. 2:14-cv-02811-KJM-EFB |
| Plaintiffs, | |
| v. | ORDER |
| ELI LILLY AND COMPANY, an Indiana corporation. | |
| Defendant. | |

This matter came before the court for a status conference on September 27, 2018. Pedrom Esfandiary appeared for plaintiffs; David Stanley for defendant. At the hearing the parties advised the court of the case status, the settlement status of plaintiff Geri Gonzales, and plaintiffs' counsel's intent to withdraw as to remaining plaintiffs Raccheli Austin, Jay Moya and Alfonso Racacho. The court also inquired as to the status of plaintiff Jack Lane Smalley. In light of these discussions, plaintiffs' counsel shall include as part of the forthcoming motion to withdraw the status of all remaining plaintiffs in this action and a record of the most recent communication with each remaining plaintiff. Upon filing the motion, the matter shall be noticed for hearing before the court, and plaintiffs' counsel shall advise all remaining plaintiffs of the hearing.

/////

1

1         IT IS SO ORDERED.

2 DATE: October 3, 2018.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE