UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER NELSON-DEVLIN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | No. 2:14-cv-2811-KJM-EFB<br><br><br><br>FINDINGS AND RECOMMENDATIONS |

On January 30, 2019, the court ordered defendant and plaintiffs Alfonso Racacho, Jr., Jay Maya, Raccheli Ann Austin, and Jack Lane Smalley to file status reports within 14 days. ECF No. 89. The plaintiffs were admonished that failure to comply with that order could result in a recommendation that this action be dismissed for lack of prosecution and/or failure to comply with court orders. *Id*.

Defendant timely filed a status report. ECF No. 90. The remaining plaintiffs, however, have not filed a status report, nor otherwise responded to the court's January 30, 2019 order.

Accordingly, it is hereby RECOMMENDED that this action is dismissed for failure to prosecute and failure to comply with court orders. *See* Fed. R. Civ. P. 41(b); Cal. E.D. L.R. 110.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written

1

objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Turner v. Duncan,* 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: February 19, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE